IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARIO DZANANOVIC, individually and on behalf of similarly situated individuals, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:21-cv-06925 |
| v. | ) ) | Hon. Andrea R. Wood |
| BUMBLE, INC. and BUZZ HOLDINGS, L.P. | ) ) | Mag. M. David Weisman |
| Defendants. | ) ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants BUMBLE INC. AND BUZZ HOLDINGS L.P. ("Defendants"), through its attorneys, and for their Agreed Motion for Extension of Time to Answer or Otherwise Plead, state as follows:

1. This case was filed in the Circuit Court of Cook County on November 24, 2021. (Dkt #1, ¶ 1.)

2. Plaintiffs served the complaint on Defendants' registered agent on December 1, 2021. (*Id.,* ¶ 2.)

3. Defendants timely filed a Notice of Removal on December 30, 2021. As such, Defendants' responsive pleading are currently due on January 6, 2022. Fed. R. Civ. P. 81(c)(2)(C).

4. In consideration of the holiday season, and to provide counsel with adequate time to investigate the factual bases for the Complaint and to prepare a responsive pleading, Defendants

request an extension of time to answer or otherwise plead up through and including February 17, 2022.[1]

5. Defendants have discussed this request with Plaintiff's counsel who has agreed to the request sought by this motion.

6. This request for a continuance is not for purposes of delay, but so that justice may be done.

WHEREFORE, for the foregoing reasons, Defendants respectfully request an extension of time until February 17, 2021 to answer or otherwise plead in response to the Complaint.

Dated: December 31, 2021.                                  Respectfully submitted,

                                                           By: /s/ John C. Ellis
                                                               Attorney for Specially
                                                               Appearing Defendants


John C. Ellis
ELLIS LEGAL P.C.
200 W. Madison Street, Suite 2670
Chicago, Illinois 60606
(312) 976-7629
jellis@ellislegal.com

---

[1] Defendants file this motion for the limited purpose of seeking an extension of time and do not waive or forfeit their personal jurisdiction defenses. *Swanson v. City of Hammond,* 411 Fed. Appx. 913, 915-16 (7th Cir. 2011) ("defendants' request for an extension of time to file their responsive pleading…do[es] not waive or forfeit personal jurisdiction defenses.")