# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DARIO DZANANOVIC, individually and on behalf of similarly situated individuals, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:21-cv-06925 |
| v. | ) ) | Hon. Andrea R. Wood |
| BUMBLE, INC., BUZZ HOLDINGS, L.P., and BUMBLE TRADING LLC | ) ) ) | Mag. M. David Weisman |
| Defendants. | ) ) | |

### DEFENDANTS BUMBLE INC., BUZZ HOLDINGS L.P., AND BUMBLE TRADING LLC'S MOTION TO DISMISS

Defendants Bumble Inc., Buzz Holdings L.P. and Bumble Trading LLC respectfully request that this Court dismiss Plaintiff Dario Dzananovic's Amended Class Action Complaint in its entirety under Federal Rule of Civil Procedure 12(b)(2). The grounds for this Motion are set forth in Defendants' Memorandum in Support of their Motion to Dismiss filed contemporaneously with this Motion.

| | |
|---|---|
| Dated: May 27, 2022 | Respectfully submitted,<br><br>By: */s/ John Ellis*<br>   *Attorney for Specially Appearing*<br>   *Defendants*<br><br>John C. Ellis<br>ELLIS LEGAL P.C.<br>200 W. Madison Street, Suite 2670<br>Chicago, Illinois 60606<br>(312) 976-7629<br>jellis@ellislegal.com<br><br>Tiffany Cheung<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94104<br>(415) 268-7000<br>tcheung@mofo.com<br><br>Purvi G. Patel<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California 90017<br>(213) 892-5200<br>ppatel@mofo.com<br><br>Katie Viggiani<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>(212) 468-8000<br>kviggiani@mofo.com |

## CERTIFICATE OF SERVICE

I, John C. Ellis, an attorney, certify that, on May 27, 2022, the foregoing was filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      */s/ John Ellis*