IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARIO DZANANOVIC, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:21-cv-06925 |
| Plaintiff, | ) ) | Hon. Andrea R. Wood |
| v. | ) ) ) | Mag. M. David Weisman |
| BUMBLE, INC., BUZZ HOLDINGS, L.P., and BUMBLE TRADING LLC, | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's April 22, 2022 Order (Dkt. 28), Plaintiff Dario Dzananovic and Defendants Bumble Inc., Buzz Holdings L.P., and Bumble Trading LLC, by and through their undersigned counsel, submit this Joint Status Report with respect to the parties' proposal to proceed in light of Defendants' motion to dismiss the amended complaint. (Dkt. 29).

Defendants filed their motion to dismiss the amended complaint for lack of personal jurisdiction on May 27, 2022. (Dkt. 29-30.) Pursuant to the Court's April 22 order, the parties have met and conferred concerning resolution of the pending motion to dismiss, including whether limited discovery is required to resolve the motion. (Dkt. 28.) The parties agree that no discovery is needed to resolve the motion and jointly propose the following briefing schedule for the motion:

| | |
|---|---|
| Plaintiff's Memorandum in Opposition | July 11, 2022 |
| Defendants' Reply in Support | August 8, 2022 |

Dated: June 1, 2022 　　　　　　　　　　　　　　Respectfully Submitted:

/s/ *Nicholas R. Lange*　　　　　　　　　　　　　/s/ *John C. Ellis*

Katrina Carroll　　　　　　　　　　　　　　　　John C. Ellis
Kyle A. Shamberg　　　　　　　　　　　　　　　Ellis Legal P.C.
Nicholas R. Lange　　　　　　　　　　　　　　　200 W. Madison Street, Suite 2670
LYNCH CARPENTER LLP　　　　　　　　　　　Chicago, Illinois 60606
111 W. Washington Street, Suite 1240　　　　　　　(312) 976-7629
Chicago, IL 60602　　　　　　　　　　　　　　　jellis@ellislegal.com
Phone: (312) 750-1265
Fax: (312) 212-5919　　　　　　　　　　　　　　Tiffany Cheung
katrina@lcllp.com　　　　　　　　　　　　　　　Morrison & Foerster llp
kyle@lcllp.com　　　　　　　　　　　　　　　　425 Market Street
nickl@lcllp.com　　　　　　　　　　　　　　　　San Francisco, California 94104
　　　　　　　　　　　　　　　　　　　　　　　(415) 268-7000
*Counsel for Plaintiff and the Putative Class*　　　　tcheung@mofo.com

　　　　　　　　　　　　　　　　　　　　　　　Purvi G. Patel
　　　　　　　　　　　　　　　　　　　　　　　Morrison & Foerster llp
　　　　　　　　　　　　　　　　　　　　　　　707 Wilshire Boulevard, Suite 6000
　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90017
　　　　　　　　　　　　　　　　　　　　　　　(213) 892-5200
　　　　　　　　　　　　　　　　　　　　　　　ppatel@mofo.com

　　　　　　　　　　　　　　　　　　　　　　　Katie Viggiani
　　　　　　　　　　　　　　　　　　　　　　　Morrison & Foerster llp
　　　　　　　　　　　　　　　　　　　　　　　250 West 55th Street
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　　　　(212) 468-8000
　　　　　　　　　　　　　　　　　　　　　　　kviggiani@mofo.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Specially Appearing Defendants*

## **CERTIFICIATE OF SERVICE**

Katrina Carroll, an attorney, certifies that on June 1, 2022, the foregoing was electronically filed with the U.S. District Court Clerk, Northern District of Illinois, Eastern Division, by using the CM/ECF filing system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Nicholas R. Lange*
Nicholas R. Lange