# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DARIO DZANANOVIC, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BUMBLE, INC. BUZZ HOLDINGS, L.P., AND BUMBLE TRADING LLC, <br><br> Defendants. | Case No. 1:21-06925 <br><br> Honorable Andrea R. Wood |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice, against defendants Bumble, Inc., Buzz Holdings, L.P. and Bumble Trading LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 23, 2024                                    Respectfully Submitted,

| | |
|---|---|
| */s/ Katrina Carroll* <br> Katrina Carroll <br> Kyle A. Shamberg <br> LYNCH CARPENTER LLP <br> 111 W. Washington Street - Suite 1240 <br> Chicago, IL 60602 <br> (312) 750-1265 <br> katrina@lcllp.com <br> kyle@lcllp.com <br><br> Jonathan M. Jagher <br> FREED KANNER LONDON & MILLEN, LLC <br> 923 Fayette Street <br> Conshohocken, PA 19428 <br> jjagher@fklmlaw.com | */s/ John Ellis* <br> John C. Ellis <br> Ellis Legal P.C. <br> 200 W. Madison Street, Suite 2670 <br> Chicago, Illinois 60606 <br> (312) 976-7629 <br> jellis@ellislegal.com <br><br> Tiffany Cheung <br> Morrison & Foerster LLP <br> 425 Market Street <br> San Francisco, California 94104 <br> (415) 268-7000 <br> tcheung@mofo.com |

*Counsel for Plaintiff and the Proposed Class*

Purvi G. Patel
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
(213) 892-5200
ppatel@mofo.com

Katie Viggiani
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
(212) 468-8000
kviggiani@mofo.com

*Counsel for Defendants*